1  Austin W. Anderson
   WATTS LAW FIRM, LLP
2  2506 N. Port Avenue
   Corpus Christi, TX 78401
3  1.800.301.2823
   *Attorneys for Plaintiffs,*
4

5

6                           UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8                               SAN FRANCISCO DIVISION

9  **IN RE: BEXTRA AND CELEBREX**                )
   **MARKETING SALES PRACTICES, AND**            )   MDL NO. 1699
10 **PRODUCT LIABILITY LITIGATION**              )
                                                 )   District Judge: Charles R. Breyer
11 This Document Relates To:                     )
   *Delia Vera Pena v. Pfizer Inc., et al.*      )
12 (C-06-0097)                                   )   **STIPULATION AND ORDER OF**
                                                 )   **DISMISSAL WITH PREJUDICE**
13 *Dale Richards v. Pfizer Inc., et al.*        )
   (C 06 0359)                                   )
14                                               )
   *Kathryn E. Adair v. Pfizer Inc., et al.*     )
15 (3:06-cv-00360-CRB)                           )
                                                 )
16 *Joan H. Grimsley v. Pfizer Inc., et al.*     )
   (06-3164 CRB)                                 )
17                                               )
   *George Carey and Paula Y. Carey v. Pfizer*   )
18 *Inc., et al.*                                )
   (06-3165 CRB)                                 )
19                                               )
   *Beverly Parr v. Pfizer Inc., et al.*         )
20 (06-3364 CRB)                                 )
                                                 )
21 *Shelia Lynn Campbell Yuras, Individually and*)
   *as Representative of the Estate of Robert Kay*)
22 *Carpenter, Deceased v. Pfizer Inc., et al.*  )
   (06-3366 CRB)                                 )
23                                               )
   *Esther Luther, Individually and as*          )
24 *Representative of the Estate of Harold Luther,*)
   *Deceased v. Pfizer Inc., et al.*             )
25 (C-06-6005)                                   )
                                                 )
26 *Ava Purkey v. Pfizer Inc., et al.*           )
   (C-06-6182)                                   )
27                                               )
   *Mary Amos v. Pfizer Inc., et al.*            )
28 (C-06-6259)                                   )

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| *Demetra Moore, Individually and as Representative of the Estate of Robert Moore, Deceased v. Pfizer Inc., et al.* (C-06-6568 CRB) | ) ) ) ) ) |
| *Frank Alvarez, Individually and as Representative of the Estate of Mary Jo Herbel, deceased v. Merck & Co., Inc., and Pfizer Inc., et al.* (06-6930) | ) ) ) ) ) ) |
| *Clarence McCoy v. Pfizer Inc., et al.* (C-06-7404) | ) ) ) |
| *Lottie Grixgby v. Pfizer Inc., et al.* (C-07-1039-CRB) | ) ) ) |
| *Gerald Johns v. Pfizer Inc., et al.* (C-07-1875 CRB) | ) ) ) |
| *Mike Taylor, Individually and for the Estate of Mary Kathleen Taylor, Deceased v. Pfizer Inc. et al.* (C-07-2576 CRB) | ) ) ) ) ) |
| *Phyllis Brewer v. Pfizer Inc., et al.* (C-07-5059 CRB) | ) ) ) |

COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: January 13, 2010

*[signature]*

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: February 4, 2010

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 1 7 2010

**CHARLES R. BREYER**
**UNITED STATES DISTRICT JUDGE**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**